B-2100A (Form 2100A)(12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE Main District of NEW JERSEY

IN RE:  
SONDRA L OBERBERGER

§  
§ CASE NO.  
§ 19-26874-MBK  
§ Chapter 13  
§

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MTGLQ Investors, L.P. | MTGLQ Investors, L.P.<br>Serviced by Select Portfolio Servicing |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing  
P.O. Box 10826 Greenville  
Greenville, SC 29603-0675

Court Claim # (if known): 6  
Amount of Claim: $ 145852.36  
Date Claim Filed: 10/08/2019

Phone: (800)365-7107  
Last Four Digits of Acct #: 7993

Phone: (800) 643-0202  
Last Four Digits of Acct.#: 5241

Name and Address where transferee payments should be sent (if different from above):

Phone:  
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip          Date:   8/16/2022

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# UNITED STATES BANKRUPTCY COURT
## FOR THE Main District of NEW JERSEY

IN RE:  §  CASE NO.
 §  19-26874-MBK
SONDRA L OBERBERGER  §  Chapter 13
 §

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 8/16/2022 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*

SONDRA L OBERBERGER
317 Tulip Ln
Freehold, NJ 07728-4040

**Debtors' Attorney**
FRANCIS P. CULLARI
LAW OFFICE OF FRANCIS P. CULLARI
1200 W Mill Rd Ste A
Northfield, NJ 08225-1186

**Chapter 13 Trustee**
ALBERT RUSSO
CN 4853
TRENTON, NJ 08650-4853

Respectfully Submitted,

/s/ Rory Liebhart
Rory Liebhart