**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sondra L Oberberger<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0710<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–26874–MBK | | |

# Order of Discharge                                                                   12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Sondra L Oberberger

12/5/23                                                        **By the court:** Michael B. Kaplan
                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
      obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Sondra L Oberberger  
    Debtor

Case No. 19-26874-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Dec 05, 2023      Form ID: 3180W      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sondra L Oberberger, 317 Tulip Lane, Freehold, NJ 07728-4040 |
| 518440911 | + | Dr. Thomas G. Jacoby, DMD, 281 Summerhill Road, Suite 206, East Brunswick, NJ 08816-4270 |
| 518440914 | + | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, Po Box 548, Trenton, NJ 08625-0548 |
| 518508407 | + | NJCLASS, PO Box 548, Trenton NJ 08625-0548 |
| 518440923 | | Willowbend Condominium Assn, c/o Executive Property Management, PO Box 64148, Phoenix, AZ 85082-4148 |
| 518440924 | + | Willowbend Condominium Association, 1 Raintree Dr, Freehold, NJ 07728-4123 |
| 518461070 | + | Willowbend Condominium Association, Inc., Cutolo Barros LLC, 46-50 Throckmorton Street, Freehold, NJ 07728-1973 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 05 2023 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 05 2023 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518440905 | + | EDI: GMACFS.COM | Dec 06 2023 01:59:00 | Ally Financial, Attn: Bankruptcy Dept, PO Box 380901, Minneapolis, MN 55438-0901 |
| 519255394 | + | EDI: AISACG.COM | Dec 06 2023 01:59:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518551087 | | EDI: GMACFS.COM | Dec 06 2023 01:59:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518440906 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2023 21:07:00 | Atlantic Credit & Finance Inc., PO Box 13386, Roanoke, VA 24033-3386 |
| 518440907 | + | Email/Text: bk@avant.com | Dec 05 2023 21:08:00 | Avant, Accounting Dept, 222 N. Lasalle St Suite 1700, Chicago, IL 60601-1101 |
| 518440908 | + | EDI: CAPITALONE.COM | Dec 06 2023 01:59:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518454312 | + | EDI: AIS.COM | Dec 06 2023 01:59:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518440909 | + | Email/Text: clientservices@credit-control.com | Dec 05 2023 21:07:00 | Credit Control, LLC, 5757 Phantom Dr., Ste. 330, Hazelwood, MO 63042-2429 |
| 518440910 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 05 2023 21:16:58 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 518440912 | ^ | MEBN | Dec 05 2023 21:01:54 | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 518440913 | | EDI: PHINGENESIS | Dec 06 2023 01:59:00 | Genesis Credit, Bankcard Services, PO Box 4499, |

Case 19-26874-MBK    Doc 44    Filed 12/07/23    Entered 12/08/23 00:15:27    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 05, 2023 | Form ID: 3180W | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Beaverton, OR 97076-4499 |
| 518513358 | + | Email/Text: gbechakas@outlook.com | Dec 05 2023 21:07:00 | Intercoastal Financial, LLC, 7954 Transit Rd., #144, Williamsville, NY 14221-4117 |
| 518449559 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2023 21:17:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518440916 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2023 21:16:55 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 518440915 | | Email/Text: ml-ebn@missionlane.com | Dec 05 2023 21:06:00 | Lendup/tab Bank, Po Box 105286, Atlanta, GA 30304 |
| 518440918 | | Email/Text: ml-ebn@missionlane.com | Dec 05 2023 21:06:00 | Mission Lane LLC, 7325 Beaufont Springs Dr., Richmond, VA 23225 |
| 519117412 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 05 2023 21:08:00 | MTGLQ Investors, L.P., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, MTGLQ Investors, L.P., Serviced by Select Portfolio Servicing, |
| 519117411 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 05 2023 21:08:00 | MTGLQ Investors, L.P., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518440917 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 05 2023 21:07:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518544711 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2023 21:07:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518440919 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 05 2023 21:07:00 | Mr. Cooper, Attn: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 518465349 | + | Email/Text: RASEBN@raslg.com | Dec 05 2023 21:07:00 | Nationstar Mortgage LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 518500713 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 05 2023 21:07:00 | Nationstar Mortgage LLC D/B/A Mr. Cooper, PO Box 619096, Dallas TX 75261-9096 |
| 518470338 | | EDI: AGFINANCE.COM | Dec 06 2023 01:59:00 | ONEMAIN FINANCIAL, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 518440920 | + | EDI: AGFINANCE.COM | Dec 06 2023 01:59:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 518440921 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 05 2023 21:16:56 | Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518440922 | + | Email/Text: ClericalSupport@tenagliahunt.com | Dec 05 2023 21:07:00 | Tenaglia & Hunt, 395 West Passaic Street Suite 205, Rochelle Park, NJ 07662-3016 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519682634 | | MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing, MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing |
| 519682633 | | MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing |
| cr | *+ | Nationstar Mortgage LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | *+ | Willowbend Condominium Association, Inc., Cutolo Barros LLC, 46-50 Throckmorton Street, Freehold, NJ 07728-1973 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 19-26874-MBK    Doc 44    Filed 12/07/23    Entered 12/08/23 00:15:27    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Dec 05, 2023 | Form ID: 3180W | Total Noticed: 36 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2023                              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor MTGLQ INVESTORS  L.P. ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC ajennings@raslg.com |
| Andrew M. Lubin | on behalf of Creditor MTGLQ INVESTORS  L.P. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor MTGLQ INVESTORS  L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francis P. Cullari | on behalf of Debtor Sondra L Oberberger cullari@comcast.net |
| Joseph Andrew Kutschman, III | on behalf of Creditor Willowbend Condominium Association  Inc. jkutschman@cutolobarros.com, ecourts@cutolobarros.com |
| Michael J. Milstead | on behalf of Creditor MTGLQ INVESTORS  L.P. bkecf@milsteadlaw.com, bkecf@milsteadlaw.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10